UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Warren Picard,
    Plaintiff

    v.                                Civil No. 09-cv-271-SM

James R. O'Mara, Jr.,
Superintendent, of the
Hillsborough County
Department of Corrections,
et al.,

**O R D E R**

    Plaintiff's address has changed and, although tardy (and not in this case), the clerk has been notified.  A copy of the pending summary judgment will be mailed to plaintiff's new address and he shall respond within thirty (30) days of the date of this order.  Otherwise the facts will be taken as set out in the motion for summary judgment and the motion resolved on that basis.

    **SO ORDERED.**

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

October 13, 2010

cc:   Warren Picard, pro se
       John A. Curran, Esq.